■ In the Matter of ROCKY H., Deceased. KEIKO ONO AOKI, Respondent; KANA AOKI NOOTENBOOM et al., Appellants, et al., Respondents. [951 NYS2d 399]—

In the absence of documentation of the legal fees for which payment was requested, the Surrogate properly declined to direct payment of $365,000, "with the proviso that claimed trust expenses [would] be addressed in the context of the accounting." Concur—Saxe, J.P., Sweeny, Richter, Abdus-Salaam and Román, JJ.